JOHN A. MIDGETT, SR., v. NORFOLK SOUTHERN RAILROAD COMPANY.

(Filed 21 September, 1921.)

**Appeal and Error—Evidence—Nonsuit—Motions.**

> From this appeal of the defendant from the refusal of the court to grant his motion as of nonsuit upon the evidence, the evidence is *held* sufficient to have taken the case to the jury.

APPEAL by defendant from *Ferguson, J.*, at June Term, 1921, of DARE.

Action to recover damages for an alleged negligent injury to plaintiff's property. Upon denial of liability and issues joined, the jury returned the following verdict:

"1. Did the defendant negligently injure the boat of the plaintiff as alleged?   Answer: 'Yes.'

"2. What damage, if any, is plaintiff entitled to recover?   Answer: '$200.'"

From a judgment in favor of plaintiff, the defendant appealed.

*P. W. McMullan, B. G. Crisp, and Aydlett & Simpson for plaintiff.*
*Thompson & Wilson for defendant.*

PER CURIAM.   The only exception presented for our consideration comes from his Honor's refusal to grant the defendant's motion for judgment as of nonsuit.   We have carefully examined the evidence, and have reached the conclusion that the reasonable inferences arising therefrom are sufficient to carry the case to the jury.   No material benefit would be derived from setting out the evidence, as it presents only a question of fact.

Upon the record and the exceptions, we think the judgment should be affirmed; and it is so ordered.

No error.